UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                    Case No. 3:21-cr-126

vs.

ANTHONY HART,                              District Judge Michael J. Newman
                                                            Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

_____

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 26)**
_____

        This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 26. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Count Four of the Indictment, which charges him with being a Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Doc. No. 22. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

        **IT IS SO ORDERED.**

Date:  March 3, 2022                                      s/ Michael J. Newman
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge